<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1812**

DANI WALTER AYALA-ARDON,

Petitioner,

v.

ERIC H. HOLDER, JR., Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: February 23, 2011        Decided: March 16, 2011

Before GREGORY, SHEDD, and WYNN, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Dani Walter Ayala-Ardon, Petitioner Pro Se. Ada Elsie Bosque, Theo Nickerson, Tyrone Sojourner, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; Raphael Choi, Chief Counsel, Arlington, Virginia, for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dani Walter Ayala-Ardon, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal in part and remanding in part to the Immigration Judge for further proceedings and for entry of a new decision. Because the Board's order is not a final order of removal, we grant the Attorney General's motion to dismiss without prejudice for lack of jurisdiction. See 8 U.S.C. § 1252(a)(1) (2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED